# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOHN M PUGA | § | Case No. 14-38573 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 10/24/2014 . The case was converted to one under Chapter 7 on 02/04/2016 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $    29,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 13,310.07 |
   | Bank service fees | 250.21 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 15,439.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/01/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,650.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,650.00 , for a total compensation of $ 3,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 39.33 , for total expenses of $ 39.33 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2018                    By:/s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-38573 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JOHN M PUGA | | | | Date Filed (f) or Converted (c): | 02/04/2016 (c) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 02/20/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 297 Braemar Glen Bolingbrook, IL 60440 | 92,500.00 | 0.00 | | 0.00 | FA |
| 2. chase checking account | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. MISCellaneous household goods | 750.00 | 0.00 | | 0.00 | FA |
| 4. clothes | 400.00 | 0.00 | | 0.00 | FA |
| 5. Term Life Insurance Policy through work | 0.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Ford Expedition 240,000 miles | 2,300.00 | 0.00 | | 0.00 | FA |
| 7. MInister Howard Richmond owes him $270,000, unlikely Debtor (u) | 270,000.00 | 0.00 | | 0.00 | FA |
| 8. Individual lawsuit against Ameriquest Mortgage Company alleg (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Fraudulent/preferential transfer $37,000.00 (u) | 0.00 | 37,000.00 | | 29,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $367,450.00 | $37,000.00 | | $29,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into prior Chapter 13 dismissed for failure to turnover $37,000.00 5/23/2016. Motion to Employ Counsel granted on 8/12/2016 see Dkt# 53. Motion for 2004 exam granted on 8/12/2016 see Dkt# 52. Motion to employ real estate broker filed 1/16/2017 see Dkt# 66. 2-7-2017 counsel for estate preparing possible 727 complaint. 4/7/2017 Motion to approve settlement with former spouse granted. 12/6/17 filed Motion to object to claim see Dkt#84. 1/24/18 sent TFR to UST.

| | | | |
|---|---|---|---|
| RE PROP # | 7 | -- | upon information provided Howard Richmond has filed bankruptcy and the money will not be recoverable. |
| RE PROP # | 9 | -- | Location of $37,000.00 appears to be a payment to one creditor - mortgage company. Court ordered debtor to turnover and he failed. |

Exhibit A

Initial Projected Date of Final Report (TFR): 11/01/2016          Current Projected Date of Final Report (TFR): 02/10/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-38573 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JOHN M PUGA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5900 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1011 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/20/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/17 | 9 | Constance Puga<br>none provided | Payment on settlement pending court approval per motion set for 4-7-2017. | 1241-000 | $29,000.00 | | $29,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.93 | $28,961.07 |
| 06/06/17 | 101 | Wirtz, Kim<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Broker Commissions<br>Court dckt# 77-1 | 3510-000 | | $4,000.00 | $24,961.07 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.05 | $24,918.02 |
| 06/07/17 | 102 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Dckt# 79 | 3210-000 | | $9,102.50 | $15,815.52 |
| 06/07/17 | 103 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See dckt# 79. | 3220-000 | | $207.57 | $15,607.95 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.27 | $15,576.68 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.17 | $15,553.51 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $15,530.39 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.35 | $15,508.04 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.05 | $15,484.99 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.28 | $15,462.71 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 5)*                    Page Subtotals:                    $29,000.00     $13,537.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-38573 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | JOHN M PUGA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5900 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1011 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/20/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.99 | $15,439.72 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $29,000.00 | $13,560.28 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $29,000.00 | $13,560.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $29,000.00 | $13,560.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $22.99

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5900 - Checking | $29,000.00 | $13,560.28 | $15,439.72 |
| | $29,000.00 | $13,560.28 | $15,439.72 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $29,000.00 |
| Total Gross Receipts: | $29,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38573-BWB  
Debtor Name: JOHN M PUGA  
Claims Bar Date: 2/1/2017  

Date: February 21, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,650.00 | $3,650.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $39.33 | $39.33 |
| 100 3210 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o dated 6/2/17, Dkt#79. | $0.00 | $9,102.50 | $9,102.50 |
| 100 3220 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o dated 6/2/17, Dkt#79. | $0.00 | $207.57 | $207.57 |
| 100 3510 | Kim Wirtz<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o entered on 4/7/17, Dkt# 77-1 | $0.00 | $4,000.00 | $4,000.00 |
| 1 300 7100 | CAVALRY INVESTMENTS, LLC AS ASSIGNEE OF BANK OF AMERICA/FIA CARD SERVICES NA<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $45,613.99 | $45,613.99 |
| 2 300 7100 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $16,916.99 | $16,916.99 |
| 3 300 7100 | ECAST SETTLEMENT CORP, ASSIGNEE OF CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,553.17 | $1,553.17 |
| 4 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,197.26 | $4,197.26 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38573-BWB  
Debtor Name: JOHN M PUGA  
Claims Bar Date: 2/1/2017  

Date: February 21, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $11,468.23 | $11,468.23 |
| 6 300 7100 | CREDIT FIRST NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,241.02 | $1,241.02 |
| 7 300 7100 | BANK OF AMERICA, N.A.<br>P O BOX 982284<br>EL PASO, TX 79998-2238 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $25,818.15 | $25,818.15 |
| 8 300 7100 | CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $13,709.57 | $13,709.57 |
| 9 300 7100 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSIGNEE OF SPRINGLEAF FINANCIAL<br>SERVICES OF INDIANA, INC.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,047.34 | $6,047.34 |
| 10 300 7100 | EAST BAY FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CR EVERGREEN, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC 29603-0587 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,651.34 | $6,651.34 |
| 12 300 7100 | CREDIT FIRST NA<br>Po Box 818011<br>Cleveland, OH 44181 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,224.62 | $1,224.62 |
| 11 400 4110 | U.S. BANK HOME MORTGAGE A DIVISION OF U.S. BANK N.A.<br>4801 FREDERICA STREET<br>OWENSBORO, KENTUCKY 42301 | Secured<br>Payment Status:<br>Invalid | per c/o 1/12/18 see Dkt#85. | $0.00 | $134,470.00 | $134,470.00 |
| | Case Totals | | | $0.00 | $285,911.08 | $285,911.08 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-38573-BWB  
Debtor Name: JOHN M PUGA  
Claims Bar Date: 2/1/2017  

Date: February 21, 2018

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-38573  
Case Name: JOHN M PUGA  
Trustee Name: Peter N. Metrou, Trustee  

Balance on hand $ 15,439.72

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,650.00 | $ 0.00 | $ 3,650.00 |
| Trustee Expenses: Peter N. Metrou | $ 39.33 | $ 0.00 | $ 39.33 |
| Attorney for Trustee Fees: FactorLaw | $ 9,102.50 | $ 9,102.50 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 207.57 | $ 207.57 | $ 0.00 |
| Other: Kim Wirtz | $ 4,000.00 | $ 4,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,689.33

Remaining Balance $ 11,750.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 134,441.68 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAVALRY INVESTMENTS, LLC AS ASSIGNEE OF | $ 45,613.99 | $ 0.00 | $ 3,986.73 |
| 2 | PNC BANK N.A. | $ 16,916.99 | $ 0.00 | $ 1,478.57 |
| 3 | ECAST SETTLEMENT CORP, | $ 1,553.17 | $ 0.00 | $ 135.75 |
| 4 | DISCOVER BANK | $ 4,197.26 | $ 0.00 | $ 366.85 |
| 5 | DISCOVER BANK | $ 11,468.23 | $ 0.00 | $ 1,002.34 |
| 6 | CREDIT FIRST NA | $ 1,241.02 | $ 0.00 | $ 108.47 |
| 7 | BANK OF AMERICA, N.A. | $ 25,818.15 | $ 0.00 | $ 2,256.54 |
| 8 | CITIBANK, N.A. | $ 13,709.57 | $ 0.00 | $ 1,198.24 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 6,047.34 | $ 0.00 | $ 528.55 |
| 10 | EAST BAY FUNDING, LLC ITS SUCCESSORS AND ASSIGNS | $ 6,651.34 | $ 0.00 | $ 581.33 |
| 12 | CREDIT FIRST NA | $ 1,224.62 | $ 0.00 | $ 107.02 |

    Total to be paid to timely general unsecured creditors    $ 11,750.39

Remaining Balance $_____0.00_

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE