**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOHN M PUGA | § | Case No. 14-38573 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/23/2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2018 By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 14-38573** |
| | ) | **CHAPTER 7** |
| **JOHN M. PUGA** | ) | |
| **Debtor(s).** | ) | **JUDGE PAMELA HOLLIS** |
| | ) | **(Joliet)** |

**NOTICE OF MOTION**

To: See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 22nd day of February, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

***/s/ Peter N. Metrou***
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**Sent Via First-Class Mail**

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

bass & associates
3936 e. fort lowell road
Tucson, AZ 85712-1083

bass & associates
698 1/2 South Ogden Ct.
Buffalo, NY 14206-2317

c/o Manley, Deas & Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216-5028

Capital Management Services
726 Exchange St.
#700
Buffalo, NY 14210-1464

Cavalry Investments, LLC as assignee of
Bank of America/FIA Card Services NA
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801-2920

Citi Flex
Po Box 6241
Sioux Falls, SD 57117-6241

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Credit First NA
Po Box 818011
Cleveland, OH 44181-8011

Credit First
Po Box 818011
Cleveland, OH 44181-8011

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

East Bay Funding, LLC its successors and ass
as assignee of CR Evergreen, LLC
Resurgent Capital Services
PO Box 288

eCAST Settlement Corp,
Assignee of Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Gemb/walmart Dc
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076-9106

John M Puga
297 Braemar Gln
Bolingbrook, IL 60440-3052

John P Carlin
Suburban Legal Group PC
1305 Remmington Road; Suite C
Schaumburg, IL 60173-4820

LVNV Funding, LLC its successors and assigns
assignee of Springleaf Financial
Services Of Indiana, Inc.
Resurgent Capital Services

National City
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141-3262

northland group
P.O. Box 390905
Minneapolis, MN 55439-0905

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

U.S. Bank Home Mortgage
A division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301-7441

U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

**<u>Sent Via ECF</u>**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

John P Carlin
Suburban Legal Group PC
1305 Remmington Road; Suite C
Schaumburg, IL 60173-4820

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOHN M PUGA | § | Case No. 14-38573 |
| | § | |
| Debtor | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 29,000.00 |
| and approved disbursements of | $ | 13,560.28 |
| leaving a balance on hand of[1] | $ | 15,439.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,650.00 | $ 0.00 | $ 3,650.00 |
| Trustee Expenses: Peter N. Metrou | $ 39.33 | $ 0.00 | $ 39.33 |
| Attorney for Trustee Fees: FactorLaw | $ 9,102.50 | $ 9,102.50 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 207.57 | $ 207.57 | $ 0.00 |
| Other: Kim Wirtz | $ 4,000.00 | $ 4,000.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,689.33 |
| Remaining Balance | $ | 11,750.39 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 134,441.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAVALRY INVESTMENTS, LLC AS ASSIGNEE OF | $ 45,613.99 | $ 0.00 | $ 3,986.73 |
| 2 | PNC BANK N.A. | $ 16,916.99 | $ 0.00 | $ 1,478.57 |
| 3 | ECAST SETTLEMENT CORP, | $ 1,553.17 | $ 0.00 | $ 135.75 |
| 4 | DISCOVER BANK | $ 4,197.26 | $ 0.00 | $ 366.85 |
| 5 | DISCOVER BANK | $ 11,468.23 | $ 0.00 | $ 1,002.34 |
| 6 | CREDIT FIRST NA | $ 1,241.02 | $ 0.00 | $ 108.47 |
| 7 | BANK OF AMERICA, N.A. | $ 25,818.15 | $ 0.00 | $ 2,256.54 |
| 8 | CITIBANK, N.A. | $ 13,709.57 | $ 0.00 | $ 1,198.24 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 6,047.34 | $ 0.00 | $ 528.55 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | EAST BAY FUNDING, LLC ITS SUCCESSORS AND ASSIGNS | $ 6,651.34 | $ 0.00 | $ 581.33 |
| 12 | CREDIT FIRST NA | $ 1,224.62 | $ 0.00 | $ 107.02 |

Total to be paid to timely general unsecured creditors $ 11,750.39

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.