UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                §
                                      §
                                      §
JOHN M PUGA                           §     Case No. 14-38573
                                      §
                                      §
          Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 347,500.00                     Assets Exempt: 19,950.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 11,750.39      Claims Discharged
                                                 Without Payment: 122,691.29

Total Expenses of Administration: 17,249.61

---

   3) Total gross receipts of $ 29,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 29,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,249.61 | 17,249.61 | 17,249.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 134,441.68 | 134,441.68 | 11,750.39 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 151,691.29 | $ 151,691.29 | $ 29,000.00 |

4) This case was originally filed under chapter on 10/24/2014 , and it was converted to chapter 7 on 02/04/2016 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/12/2018                   By:/s/Peter N. Metrou, Trustee
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent/preferential transfer $37,000.00 | 1241-000 | 29,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,650.00 | 3,650.00 | 3,650.00 |
| Peter N. Metrou | 2200-000 | NA | 39.33 | 39.33 | 39.33 |
| Associated Bank | 2600-000 | NA | 250.21 | 250.21 | 250.21 |
| FactorLaw | 3210-000 | NA | 9,102.50 | 9,102.50 | 9,102.50 |
| FactorLaw | 3220-000 | NA | 207.57 | 207.57 | 207.57 |
| Kim Wirtz | 3510-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 17,249.61 | $ 17,249.61 | $ 17,249.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | BANK OF AMERICA, N.A. | 7100-000 | NA | 25,818.15 | 25,818.15 | 2,256.54 |
| 1 | CAVALRY INVESTMENTS, LLC AS ASSIGNEE OF | 7100-000 | NA | 45,613.99 | 45,613.99 | 3,986.73 |
| 8 | CITIBANK, N.A. | 7100-000 | NA | 13,709.57 | 13,709.57 | 1,198.24 |
| 12 | CREDIT FIRST NA | 7100-000 | NA | 1,224.62 | 1,224.62 | 107.02 |
| 6 | CREDIT FIRST NA | 7100-000 | NA | 1,241.02 | 1,241.02 | 108.47 |
| 4 | DISCOVER BANK | 7100-000 | NA | 4,197.26 | 4,197.26 | 366.85 |
| 5 | DISCOVER BANK | 7100-000 | NA | 11,468.23 | 11,468.23 | 1,002.34 |
| 10 | EAST BAY FUNDING, LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 6,651.34 | 6,651.34 | 581.33 |
| 3 | ECAST SETTLEMENT CORP, | 7100-000 | NA | 1,553.17 | 1,553.17 | 135.75 |

Case 14-38573 Doc 93 Filed 06/21/18 Entered 06/21/18 15:37:51 Desc Main
Document Page 6 of 12

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | 7100-000 | NA | 6,047.34 | 6,047.34 | 528.55 |
| 2 | PNC BANK N.A. | 7100-000 | NA | 16,916.99 | 16,916.99 | 1,478.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 134,441.68 | $ 134,441.68 | $ 11,750.39 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 14-38573 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JOHN M PUGA | | | | Date Filed (f) or Converted (c): | 02/04/2016 (c) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 06/12/2018 | | | | Claims Bar Date: | 02/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 297 Braemar Glen Bolingbrook, IL 60440 | 92,500.00 | 0.00 | | 0.00 | FA |
| 2. chase checking account | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. MISCellaneous household goods | 750.00 | 0.00 | | 0.00 | FA |
| 4. clothes | 400.00 | 0.00 | | 0.00 | FA |
| 5. Term Life Insurance Policy through work | 0.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Ford Expedition 240,000 miles | 2,300.00 | 0.00 | | 0.00 | FA |
| 7. MInister Howard Richmond owes him $270,000, unlikely Debtor (u) | 270,000.00 | 0.00 | | 0.00 | FA |
| 8. Individual lawsuit against Ameriquest Mortgage Company alleg (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Fraudulent/preferential transfer $37,000.00 (u) | 0.00 | 37,000.00 | | 29,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $367,450.00 | $37,000.00 | | $29,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into prior Chapter 13 dismissed for failure to turnover $37,000.00 5/23/2016. Motion to Employ Counsel granted on 8/12/2016 see Dkt# 53. Motion for 2004 exam granted on 8/12/2016 see Dkt# 52. Motion to employ real estate broker filed 1/16/2017 see Dkt# 66. 2-7-2017 counsel for estate preparing possible 727 complaint. 4/7/2017 Motion to approve settlement with former spouse granted. 12/6/17 filed Motion to object to claim see Dkt#84. 1/24/18 sent TFR to UST.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 7 | -- | upon information provided Howard Richmond has filed bankruptcy and the money will not be recoverable. |
| RE PROP # | 9 | -- | Location of $37,000.00 appears to be a payment to one creditor - mortgage company. Court ordered debtor to turnover and he failed. |

Initial Projected Date of Final Report (TFR): 11/01/2016     Current Projected Date of Final Report (TFR): 02/10/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-38573 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JOHN M PUGA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5900 |
| | Checking |
| Taxpayer ID No: XX-XXX1011 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 06/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/17 | 9 | Constance Puga<br>none provided | Payment on settlement pending court approval per motion set for 4-7-2017. | 1241-000 | $29,000.00 | | $29,000.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.93 | $28,961.07 |
| 06/06/17 | 101 | Wirtz, Kim<br>Century 21 Affiliated<br>17011 Cheyenne Court<br>Lockport, IL 60441 | Broker Commissions<br>Court dckt# 77-1 | 3510-000 | | $4,000.00 | $24,961.07 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.05 | $24,918.02 |
| 06/07/17 | 102 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Dckt# 79 | 3210-000 | | $9,102.50 | $15,815.52 |
| 06/07/17 | 103 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See dckt# 79. | 3220-000 | | $207.57 | $15,607.95 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.27 | $15,576.68 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.17 | $15,553.51 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $15,530.39 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.35 | $15,508.04 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.05 | $15,484.99 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.28 | $15,462.71 |

Page Subtotals: $29,000.00  $13,537.29

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-38573 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JOHN M PUGA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5900 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1011 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.99 | $15,439.72 |
| 04/03/18 | 104 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $3,689.33 | $11,750.39 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($3,650.00) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($39.33) | 2200-000 | | |
| 04/03/18 | 105 | CAVALRY INVESTMENTS, LLC AS ASSIGNEE OF<br>BANK OF AMERICA/FIA CARD SERVICES NA<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution to claim 1 representing a payment of 8.74 % per court order. | 7100-000 | | $3,986.73 | $7,763.66 |
| 04/03/18 | 106 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Final distribution to claim 2 representing a payment of 8.74 % per court order. | 7100-000 | | $1,478.57 | $6,285.09 |
| 04/03/18 | 107 | ECAST SETTLEMENT CORP,<br>ASSIGNEE OF CAPITAL ONE, N.A.<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE #200<br>TUCSON, AZ 85712 | Final distribution to claim 3 representing a payment of 8.74 % per court order. | 7100-000 | | $135.75 | $6,149.34 |
| 04/03/18 | 108 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 4 representing a payment of 8.74 % per court order. | 7100-000 | | $366.85 | $5,782.49 |
| 04/03/18 | 109 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 5 representing a payment of 8.74 % per court order. | 7100-000 | | $1,002.34 | $4,780.15 |
| 04/03/18 | 110 | CREDIT FIRST NA<br>Po Box 818011<br>Cleveland, OH  44181 | Distribution | | | $215.49 | $4,564.66 |

Page Subtotals: $0.00   $10,898.05

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-38573 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JOHN M PUGA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5900 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1011 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 06/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CREDIT FIRST NA | Final distribution to claim 6 representing a payment of 8.74 % per court order. | ($108.47) | 7100-000 | | |
| | | CREDIT FIRST NA | Final distribution to claim 12 representing a payment of 8.74 % per court order. | ($107.02) | 7100-000 | | |
| 04/03/18 | 111 | BANK OF AMERICA, N.A.<br>P O BOX 982284<br>EL PASO, TX 79998-2238 | Final distribution to claim 7 representing a payment of 8.74 % per court order. | | 7100-000 | | $2,256.54 | $2,308.12 |
| 04/03/18 | 112 | CITIBANK, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Final distribution to claim 8 representing a payment of 8.74 % per court order. | | 7100-000 | | $1,198.24 | $1,109.88 |
| 04/03/18 | 113 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF SPRINGLEAF FINANCIAL<br>SERVICES OF INDIANA, INC.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Final distribution to claim 9 representing a payment of 8.74 % per court order. | | 7100-000 | | $528.55 | $581.33 |
| 04/03/18 | 114 | EAST BAY FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CR EVERGREEN, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE, SC 29603-0587 | Final distribution to claim 10 representing a payment of 8.74 % per court order. | | 7100-000 | | $581.33 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $29,000.00 | $29,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $29,000.00 | $29,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $29,000.00 | $29,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00    $4,564.66

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5900 - Checking | $29,000.00 | $29,000.00 | $0.00 |
|  | $29,000.00 | $29,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $29,000.00 |
| Total Gross Receipts: | $29,000.00 |